IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
|  | : | NO. 05-357-1 |
| v. | : |  |
|  | : | CIVIL ACTION |
| DENROY GAYLE | : | NO. 11-6067 |

### O R D E R

**AND NOW**, this 20th day of June, 2012, upon careful consideration of the defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 164), the government's response in opposition (Doc. No. 181), and the defendant's reply thereto (Doc. No. 185), **IT IS HEREBY ORDERED** that:

1. The defendant's petition for relief pursuant to 28 U.S.C. § 2255 (Doc. No. 164) is **DENIED** and **DISMISSED**.

2. There is no probable cause to issue a certificate of appealability because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253.

3. The Clerk of the Court is directed to mark this case **CLOSED** for all purposes.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.